UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: The property located at [ADDRESS REDACTED], Old IHS Housing, Pine Ridge, South Dakota, approximate GPS location: 43.0298077-102.5595262 and to search any curtilage, outbuildings, as well as persons or vehicles on the property. | No. 20-mj-00010<br><br>**MOTION TO EXTEND ORDER TO SEAL**<br><br>**REDACTED** |

The United States hereby moves this Court for an order extending the sealed period in this matter for 180 days, in that this search was conducted as a part of an ongoing investigation. Disclosure of information contained in the documents filed with the Court could jeopardize this ongoing investigation and/or result in possible witness intimidation.

Dated this 30th day of November, 2021.

DENNIS R. HOLMES
Acting United States Attorney

*/s/ Megan Poppen*
Megan Poppen
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Megan.Poppen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: The property located at [ADDRESS REDACTED], Old IHS Housing, Pine Ridge, South Dakota, approximate GPS location: 43.0298077-102.5595262 and to search any curtilage, outbuildings, as well as persons or vehicles on the property. | No. 20-mj-00010 **ORDER EXTENDING ORDER TO SEAL** |

The United States having moved this Court for an order extending the sealing period in this matter, and good cause having been shown therefor, it is hereby

ORDERED:

1. That this matter shall continue to be sealed; and

2. That the Clerk of this Court shall automatically unseal this matter after the passage of 180 days, subject to renewal, unless ordered otherwise by the Court.

Dated this __3rd__ day of December, 2021.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge